DOA 9-15-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Abundio Ontiveros-Valdez,<br>a.k.a.: Abundio Ontiveros Valdes,<br>a.k.a.: Abundio Ontiveros-Valdes,<br>(A 201 029 043)<br>*Defendant* | Case No. 16-8356MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 15, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Abundio Ontiveros-Valdez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about January 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB

REVIEWED BY: Charles E. Bailey, P.S. for AUSA William Voit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 16, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 15, 2016, while following a lead, the Phoenix ICE Fugitive Operations Team (FOT) encountered Abundio Ontiveros-Valdez during a traffic stop at the intersection of 11th Avenue and Hatcher Boulevard in Phoenix, Arizona. FOT Officer V. Berumen Chavez interviewed Ontiveros-Valdez on scene and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Ontiveros-Valdez was transported to the Phoenix ICE office for further investigation and processing. Ontiveros-Valdez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Abundio Ontiveros-Valdez to be a citizen of Mexico and a previously deported criminal alien. Ontiveros-Valdez was removed from the United States to Mexico through Del Rio, Texas, on or about January 14, 2012, pursuant to an order of removal issued by an immigration official. There is no

record of Ontiveros-Valdez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ontiveros-Valdez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Abundio Ontiveros-Valdez was convicted of Possession with Intent to Distribute Marijuana, a felony offense, on June 22, 2011, in the United States District Court, District of Arizona. Ontiveros-Valdez was sentenced to thirteen (13) months and one (1) day of imprisonment, and thirty-six (36) months of supervised release. Ontiveros-Valdez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 15, 2016, Abundio Ontiveros-Valdez was advised of his constitutional rights. Ontiveros-Valdez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 15, 2016, Abundio Ontiveros-Valdez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about January 14, 2012, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of September, 2016.

John Z. Boyle,
United States Magistrate Judge